IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

TERESITA TIONGSON,

Defendant.

Case No. 1:26-cr-87

## CRIMINAL INFORMATION

THE UNITED STATES CHARGES THAT:

### COUNT 1
(Conspiracy to Commit Wire Fraud)

1.      From at least May 2020, through at least August 2021, in the Eastern District of Virginia and elsewhere, the defendant, Teresita Tiongson ("TIONGSON"), knowingly and intentionally conspired and agreed with Chung K. Shih ("SHIH") to violate Title 18, United States Code, Section 1343—that is, to devise a scheme and artifice to defraud and to obtain money by means of materially false or fraudulent pretenses, representations, and promises; and, for the purpose of executing the scheme and artifice to defraud, to transmit and cause to be transmitted writings, signs, signals, pictures, and sounds by means of wire communication in interstate commerce.

Purpose and Object of the Conspiracy

2.      It was a purpose and object of the conspiracy for SHIH and TIONGSON to defraud, and thereby obtain money from, the Small Business Administration ("SBA") by knowingly

1

submitting fraudulent loan applications on behalf of a business that, in reality, was no longer operating.

Manner and Means of the Conspiracy

3.   In furtherance of the conspiracy, and to accomplish its unlawful object, the following manner and means were used, among others:

4.   With TIONGSON's knowledge, consent, and assistance, SHIH completed and submitted four fraudulent electronic applications for SBA business loans on behalf of TIONGSON's defunct business, Alpha Health Resource, LLC.

5.   SHIH and TIONGSON also communicated with SBA personnel via e-mail and telephone in order to facilitate the obtaining of the SBA loan funds.

6.   After TIONGSON received the SBA loan funds in bank accounts controlled by her, TIONGSON and SHIH engaged in numerous financial transactions to split the funds between them and use the funds for personal expenses.

(All in violation of Title 18, United States Code, Section 1349).

## FORFEITURE NOTICE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, Teresita Tiongson, is hereby notified that, if convicted of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, constituting or derived from proceeds that the defendant obtained, directly or indirectly, as the result of the violation.

Pursuant to 21 U.S.C. § 853(p), the defendant, Teresita Tiongson, shall forfeit substitute property, if, by any act or omission of the defendant, Teresita Tiongson, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

Date:  May 7, 2026

By: _Jordan Harvey_
Jordan Harvey
Assistant United States Attorney

3